IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DENISE CEDENO

v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security Administration

CIVIL ACTION

NO. 07-1678

FILED
FEB 29 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The plaintiff's Request for Review is GRANTED;

3. The defendant's motion for summary judgment is DENIED;

4. This case is REMANDED in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of the Social Security Administration for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter; and

5. Judgment is entered in favor of plaintiff and against defendant.

BY THE COURT:

_____
EDUARDO C. ROBRENO,    J.